UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>HTC AMERICA, INC.,<br><br>　　　　　　Defendant. | CASE NO. C17-1558JLR<br><br>MINUTE ORDER |
| UNILOC USA, INC., et al.,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>HTC AMERICA, INC.,<br><br>　　　　　　Defendant. | CASE NO. C17-1561JLR |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | UNILOC USA, INC., et al.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>HTC AMERICA, INC.,<br>　　　　　　Defendant. |

CASE NO. C17-1562JLR

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The above-captioned cases are hereby consolidated. All future pleadings filed in this matter shall bear the case number C17-1558JLR.

Filed and entered this 1st day of March, 2018.

　　　　　　　　　　　　WILLIAM M. MCCOOL
　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　s/ Ashleigh Drecktrah
　　　　　　　　　　　　Deputy Clerk